**Opinion filed June 16, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00075-CV
_____

## CHAD MURRAY, Appellant

## V.

## KAREN CHAVANA, Appellee

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 021733**

## M E M O R A N D U M   O P I N I O N

On April 21, 2011, this court entered an order abating the appeal pending receipt of findings from the trial court regarding the date that appellant, Chad Murray, first received notice or acquired actual knowledge of the trial court's judgment. In the interim, the trial court has entered a nunc pro tunc judgment that effectively renders the appeal moot. In this regard, appellant has now forwarded a motion to dismiss the appeal based upon the nunc pro tunc judgment. Specifically, appellant states in the motion that, "[o]n June 13, 2011, the trial court signed an order nunc pro tunc which replaced the January 31, 2011 order awarding attorney fees' and resolved the issue of attorney fees' complained of in this appeal. . . . Appellant requests the

court to dismiss his appeal." Accordingly, the appeal is reinstated and appellant's motion to dismiss is deemed filed. In accordance with appellant's request, we dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.


PER CURIAM

June 16, 2011

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.